JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JESSICA MOYEDA, an individual, Plaintiff, | Case No. 2:23-cv-00425-SB-RAO |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | |

Pursuant to the stipulation filed by the Parties under Federal Rules of Civil Procedure Rule 41, Dkt. No. 15, this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  May 24, 2023

_____
Stanley Blumenfeld, Jr.
United States District Court Judge